# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| In the Matter of | : | No. 162 DB 2015  (No. 82 RST 2015) |
| | : | |
| | : | Attorney Registration No.  88793 |
| KATHERINE RUTH SCOBEY WYNN | : | |
| | : | (Delaware County) |
| PETITION FOR REINSTATEMENT | : | |
| FROM INACTIVE STATUS | : | |

## O R D E R

**PER CURIAM**

**AND NOW**, this 25th day of November, 2015, the Report and Recommendation of Disciplinary Board Member dated November 16, 2015, is approved and it is ORDERED that Katherine Ruth Scobey Wynn, who has been on Inactive Status, has never been suspended or disbarred, and has demonstrated that she has the moral qualifications, competency and learning in law required for admission to practice in the Commonwealth, shall be and is, hereby reinstated to active status as a member of the Bar of this Commonwealth.  The expenses incurred by the Board in the investigation and processing of this matter shall be paid by the Petitioner.